IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTOHER O'NEILL,

    Plaintiff,                      3:12-cv-00091-HDM-WGC

  vs.                                ORDER

ROBERT BANNISTER, *et al.*,

    Defendants.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Robert C. Jones for reassignment.

    Dated this 14th day of February, 2012.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE