UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER O'NEILL, | ) | 3:12-cv-00091-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | April 11, 2013 |
| ROBERT BANNISTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to for Leave to File First Amended Complaint (Doc. #31), wherein Plaintiff seeks to amend his complaint "in order to properly name two defendants, now identified as Shilo Reeves and Sharon Koster" (id at 2.)  The Defendants have filed a Non-Opposition to Plaintiff's Motion for Leave to File Amended Complaint (Doc. # 33), noting that except for the substitution of the correct names of the parties, "[a]ll other allegations remain the same."  (*Id.* at 1.)  Defendants state that "[a] review of the original Complaint makes it clearly evident that Plaintiff meant to name these individuals, but had yet to ascertain their respective identities" (*id*. at 1-2).  Defendants further acknowledge that "[t]o allow the amended Complaint would allow the parties to more fully litigate Plaintiff's claims."  (*Id.* at 2.)

Good cause appearing, Plaintiff's Motion to for Leave to File First Amended Complaint (Doc. # 31) is **GRANTED.**  The Clerk shall detach Plaintiff's Amended Complaint (Doc. #31-1) from the motion and file the same next in order. The claims set forth in the Amended Complaint shall proceed as noted in the Screening Order (Doc. # 7). Defendants Reeves and Koster shall have **twenty (20) days** to respond to the Amended Complaint.

/ / /

/ / /

**MINUTES OF THE COURT**
3:12-cv-00091-RCJ-WGC
Date: April 11, 2013
Page 2

     In view of this order allowing the filing of Plaintiff's Amended Complaint, an enlargement of the discovery deadline appears to be appropriate. Therefore, the deadline to complete discovery shall be extended **to and including June 28, 2013.** Motions for summary judgment are due on or before **July 29, 2013.** All other deadlines established in the scheduling order (Doc. # 17) will remain intact.

     **IT IS SO ORDERED.**

                                            LANCE S. WILSON, CLERK

                                          By:  /s/
                                                  Deputy Clerk